IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JUDY ANN LINDER,

    Plaintiff,

v.                                              CASE NO. 4:10-cv-00189-MP-AK

FEDERAL BUREAU OF PRISONS, et al.,

    Defendants.

_____/

# O R D E R

Plaintiff initiated this case by filing a civil rights complaint, which the Court construes as alleging tort and constitutional claims pursuant to the Federal Tort Claims Act, 28 U.S.C. § 2671, *et seq.,* and *Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics.*[1] Doc. 1. Plaintiff also moves for leave to proceed as a pauper. Doc. 4. The motion is insufficient in that Plaintiff failed to file a Prisoner Consent and Financial Certificate, together with a certified copy of her prison account statement reflecting all transactions in her prison account for the six months preceding the filing of the complaint. *See* 28 U.S.C. § 1915(a)(2). Morever, Plaintiff's affidavit of indigency reflects that she presently has $600.00 in her prison account, and thus she has sufficient assets to pay the $350.00 civil rights filing fee.

Accordingly, it is

**ORDERED AND ADJUDGED:**

1. The motion for leave to proceed as a pauper, Doc. 2, is **DENIED**.

2. Plaintiff shall, no later than **July 14, 2010**, pay the $350.00 civil rights filing fee by

---

[1] 403 U.S. 388 (1971) (authorizing suits against individual federal officials).

submitting a check or money order in that amount payable to "Clerk, United States District Court."

3. Failure to comply with this Order within the time allotted, or to show cause as to why Plaintiff is unable to comply, will result in the dismissal of this case without further notice.

**DONE AND ORDERED** this  _15th_  day of June, 2010

          *s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge