IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JUDY ANN LINDER,

    Plaintiff,

v.                                                      CASE NO. 4:10-cv-00189-MP-AK

FEDERAL BUREAU OF PRISONS,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Plaintiff's Motion to Extend Time and for Reconsideration. (Doc.6). Insofar as Plaintiff requests additional time to comply with the Court's previous orders, the motion is GRANTED, and she shall have through July 30, 2010, to either pay the full filing fee or to re-file for leave to proceed in forma pauperis with inmate account information for the six months preceding the filing of the complaint (October 1, 2009, through April 30, 2010). Under the PLRA, all prisoners will eventually pay the district court's entire $350 filing fee when bringing a civil action, or filing an appeal, *in forma pauperis*. If a prisoner's account statement shows that he or she cannot pay even the required initial partial fee, the civil action may nevertheless proceed; however, the total $350 fee will be assessed and deducted from future deposits to Plaintiff's prison account until the total filing fee is paid. Thus, it does not relieve Plaintiff from this requirement if she no longer has the funds or had earmarked those funds for other matters. If she wishes to file a lawsuit she will be required to pay the filing fees for this either fully or by installments. This is statutory and will not be waived upon reconsideration. So, insofar as she seeks this relief, the motion (doc. 6) is DENIED.

Accordingly, it is

**ORDERED:**

1.  The Clerk shall mail to Plaintiff the form motion for leave to proceed in forma pauperis with consent form which she shall complete and return on or before July 30, 2010, with the signature of the appropriate prison official and inmate account information for the time set forth above.

2.  Plaintiff's motion (doc. 6) is GRANTED IN PART, in that she shall have the extension of time to submit either the fee or the papers sent to her pursuant to this order, but it is DENIED in all other respects.

**DONE AND ORDERED** this  *22nd* day of July, 2010

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge