IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JUDY ANN LINDER,

    Plaintiff,

v.                                                         CASE NO. 4:10-cv-00189-MP-GRJ

BLANCA, JOHN DOE, JOHN DOE, FEDERAL BUREAU OF PRISONS, WARDEN PAIGE AUGUSTINE AND STAFF,

    Defendants.

_____/

# **O R D E R**

This matter is before the Court on Doc. 38, Report and Recommendation of the Magistrate Judge, which recommends that defendants' motion to dismiss, Doc. 33, be granted, pursuant to 42 U.S.C. § 1997e(a). Plaintiff has not objected to the recommendation, and the time for doing so has passed. Finding no plain error, it is accordingly

    **ORDERED AND ADJUDGED:**

1.    The Report and Recommendation of the Magistrate Judge, Doc. 38, is ACCEPTED and incorporated herein.

2.    Defendants' motion to dismiss, Doc. 33, is GRANTED.

2.    Plaintiff's amended complaint, Doc. 21, is DISMISSED.

    **DONE AND ORDERED** this   *11th* day of October, 2011

                                *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge